IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                     :     CHAPTER 13
PAUL HRYWNAK           :
a/k/a Paul Hrywnak,Jr.       :
                           :
        Debtor(s)       :     CASE NO. 5:18 -
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CERTIFICATION OF NO PAYMENT ADVICES
PURSUANT TO 11 U.S.C. SECTION 521 (a)(1)(B)(iv)
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I, PAUL HRYWNAK , hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "paystubs"), as contemplated by 11 U.S.C. Section 521 (a)(1)(B)(iv), from any source of employment.  I further certify that I received no payment advices during that period because:

     ☐    I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

     ☐    I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

     ☐    My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

     ☐    I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

     X    I did not receive payment advices due to factors other than those listed above. (Please explain) My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through a draw from my LLC from which I do not receive evidence of wages or a salary at fixed intervals.

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

Date:   February 23, 2018           /s/Paul Hrywnak         
                                      PAUL HRYWNAK