```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                          Case No. 18-00484-RNO
Paul Hrywnak                                                    Chapter 13
        Debtor                  **CERTIFICATE OF NOTICE**

District/off: 0314-5        User: CGambini          Page 1 of 2          Date Rcvd: Feb 21, 2018
                            Form ID: asextnd        Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2018.
```
db              +Paul Hrywnak,    14 O'Hara Road,   Moscow, PA 18444-6351
5020433         +Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
5020434          Credit First National Assoc.,    P.O. Box 81315,    Cleveland, OH 44181-0315
5020436         +Fidelity Deposit & Discount Bank,    338 N. Washington Ave.,    Scranton, PA 18503-1554
5020437         +Geisinger Health System,    100 North Academy Ave.,    Danville, PA 17822-0001
5020439         +KAB Construction, Inc.,    1453 Leeland Drive,    Kingsport, TN 37660-1463
5020440          Kurlanchek Furniture,    P.O. Box 15105,    Wilmington, DE 19850-5105
5020441         +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
5020443         +Modern Gas Sales,    P.O. Box 1,    Avoca, PA 18661-0001
5020447          PPL Electric Utilities,    827 Hausman Rd.,    Allentown, PA 18104-9392
5020446          Penn Credit Corp.,    916 South 14th Street,    P.O. Box 988,    Harrisburg, PA 17108-0988
5020449         +Santarelli & Sons Oil Co.,    443 N. Main St.,    Peckville, PA 18452-2409
5020450         +Seterus,   Attn: Bankruptcy Dept.,    P.O. Box 4128,    Beaverton, OR 97076-4128
5020438        ++THERESA GURNARI,    GODINO S WEST MOUNTAIN STONE QUARRY,    703 NEWTON RD,
                  SCRANTON PA 18504-1017
                 (address filed with court: Godino's West Mountain Stone Quarry,    840 Newton Rd.,
                  Scranton, PA 18504)
5020452        #+USCB Corporation,    101 Harrison St.,   Archbald, PA 18403-1961
5020451         +United Check Cashing,    741 Oak St.,   Scranton, PA 18508-1556
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5020431         +E-mail/Text: seinhorn@ars-llc.biz Feb 21 2018 18:59:31     Ability Recovery Svcs. LLC,
                  P.O. Box 4031,   Wyoming, PA 18644-0031
5020432         +E-mail/Text: bnc-capio@quantum3group.com Feb 21 2018 18:59:21     Capio Partners,
                  2222 Texoma Pkwy.,   Suite 150,   Sherman, TX 75090-2481
5020435         +E-mail/PDF: creditonebknotifications@resurgent.com Feb 21 2018 19:04:23     CreditOne,
                  P.O. Box 98873,   Las Vegas, NV 89193-8873
5020442         +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 21 2018 19:04:05     LVNV Funding LLC,
                  P.O. Box 10497,   Greenville, SC 29603-0497
5020444          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 21 2018 18:59:19     PA Dept. of Revenue,
                  Bankruptcy Division,   Dept. 280946,   Harrisburg, PA 17128-0496
5020448         +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 21 2018 19:04:05
                  Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
                                                                                              TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5020445*        +Paul Hrywnak,   14 O'Hara Road,   Moscow, PA 18444-6351
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL2, Asset-Backed
               Certificates, Series 2005-WL2 bkgroup@kmllawgroup.com

```
District/off: 0314-5            User: CGambini              Page 2 of 2                  Date Rcvd: Feb 21, 2018
                                Form ID: asextnd            Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Tullio DeLuca    on behalf of Debtor 1 Paul Hrywnak tullio.deluca@verizon.net
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Paul Hrywnak aka Paul Hrywnak Jr. Debtor(s) | Chapter 13 Case No. 5:18−bk−00484−RNO |

## Notice

Notice is hereby given that:

The debtor(s) filed a Chapter 13 Bankruptcy Petition on February 5, 2018.

The debtor(s) filed a Motion to Extend the Automatic Stay in this case. A hearing on this matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101** | **Date: March 7, 2018** **Time: 10:00 AM** |

Any objection/response to the Motion must be filed and served on the debtor(s) on or before **March 5, 2018**.

If an objection/response is not filed by the objecting deadline and the debtor(s) (has/have) filed an Affidavit setting forth sufficient facts to support the motion and satisfy §362(c)(3) or (c)(4), the Court may grant the motion without conducting a hearing.

If no Affidavit is filed prior to the objecting deadline, or if the Affidavit filed is insufficient to satisfy the terms of 11 U.S.C. §362(c)(3) or (c)(4), or if any objections are filed within the prescribed objecting deadline, a hearing on this matter will be held.

**Consideration of a request to extend/impose the automatic stay must be accomplished within thirty (30) days of the bankruptcy petition filing date. It is the debtor(s)'s responsibility to request expedited consideration of a motion to extend when required.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court 274 Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: CGambini, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 21, 2018 |