IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*************************************************************************************

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 5-18-00484 |
| PAUL HRYWNAK | : | |
| a/k/a Paul Hrywnak, Jr. | : | |
| Debtor | : | CHAPTER 13 |

*************************************************************************************

| | |
|---|---|
| PAUL HRYWNAK | : |
| a/k/a Paul Hrywnak, Jr. | : |
| Movant, | : |
| vs. | : |
| LANDMARK COMMUNITY BANK, PA | : |
| DEPT OF REVENUE, SETERUS | : |
| and CHARLES J DEHART, III, ESQ. | : |
| Respondents. | : |

*************************************************************************************

## **AFFIDAVIT**

*************************************************************************************

I, Paul Hrywnak, being first duly sworn according to law, do depose and state the following:

I have previously filed a Chapter 13 Voluntary Petition with the United States Bankruptcy Court for the Middle District of Pennsylvania at Case No. 5-17-01134.

Since the dismissal of my Chapter 13 Bankruptcy case, my monthly expenses have decreased and I am now in a position to resume making the monthly Trustee and mortgage payments.

Dated: February 25, 2018              /s/Paul Hrywnak
                                                             PAUL HRYWNAK