ARLA JOHNSON, POA FOR JANE S. JOHNSON
FOR THE JOHNSON FAMILY TRUST
R.R. 3, RT 106
9985 NORTHSIDE RD.
SOUIS, NE CANADA COA2BO

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
PO BOX 7346
PHILADELPHIA, PA 19101-7346

LANDMARK COMMUNITY BANK
2 S. MAIN ST.
PITTSTON, PA 18640

MIDNIGHT REALTY, LLC
14 O'HARA RD.
SPRING BROOK TWP., PA 18444

ZUCKER, GOLDBERG & ACKERMAN
200 SHEFFIELD ST., SUITE 101
MOUNTAINSIDE, NJ 7092