```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                              Case No. 18-00484-RNO
Paul Hrywnak                                        Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: CGambini        Page 1 of 2        Date Rcvd: Mar 06, 2018
                           Form ID: pdf010        Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2018.
```
db               +Paul Hrywnak,   14 O'Hara Road,   Moscow, PA 18444-6351
5020433          +Capital One,   PO Box 30285,   Salt Lake City, UT 84130-0285
5020434           Credit First National Assoc.,   P.O. Box 81315,   Cleveland, OH 44181-0315
5020436          +Fidelity Deposit & Discount Bank,   338 N. Washington Ave.,   Scranton, PA 18503-1554
5020437          +Geisinger Health System,   100 North Academy Ave.,   Danville, PA 17822-0001
5020439          +KAB Construction, Inc.,   1453 Leeland Drive,   Kingsport, TN 37660-1463
5020440          +Kurlanchek Furniture,   235 MUNDY STREET,   WILKES-BARRE TWP., PA 18702-6833
5028170          +LANDMARK COMMUNITY BANK,   2 S. MAIN ST.,   PITTSTON, PA 18640-1850
5020441          +Law offices of Tullio DeLuca,   381 N. 9th Avenue,   Scranton, PA 18504-2005
5028171          +MIDNIGHT REALTY, LLC,   14 OHARA RD.,   SPRING BROOK TWP., PA 18444-6351
5020443          +Modern Gas Sales,   P.O. Box 1,   Avoca, PA 18661-0001
5020447           PPL Electric Utilities,   827 Hausman Rd.,   Allentown, PA 18104-9392
5020446          +Penn Credit Corp.,   916 South 14th Street,   P.O. Box 988,   Harrisburg, PA 17108-0988
5020449          +Santarelli & Sons Oil Co.,   443 N. Main St.,   Peckville, PA 18452-2409
5020450          +Seterus,   Attn: Bankruptcy Dept.,   P.O. Box 4128,   Beaverton, OR 97076-4128
5020438         ++THERESA GURNARI,   GODINO S WEST MOUNTAIN STONE QUARRY,   703 NEWTON RD,
                   SCRANTON PA 18504-1017
                  (address filed with court: Godino's West Mountain Stone Quarry,   840 Newton Rd.,
                   Scranton, PA 18504)
5020452         #+USCB Corporation,   101 Harrison St.,   Archbald, PA 18403-1961
5020451          +United Check Cashing,   741 Oak St.,   Scranton, PA 18508-1556
5028172         #+ZUCKER, GOLDBERG & ACKERMAN,   200 SHEFFIELD ST., SUITE 101,   MOUNTAINSIDE, NJ 07092-2315
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5020431          +E-mail/Text: seinhorn@ars-llc.biz Mar 06 2018 18:59:11     Ability Recovery Svcs. LLC,
                   P.O. Box 4031,   Wyoming, PA 18644-0031
5020432          +E-mail/Text: bnc-capio@quantum3group.com Mar 06 2018 18:59:00     Capio Partners,
                   2222 Texoma Pkwy.,   Suite 150,   Sherman, TX 75090-2481
5020435          +E-mail/PDF: creditonebknotifications@resurgent.com Mar 06 2018 19:00:24     CreditOne,
                   P.O. Box 98873,   Las Vegas, NV 89193-8873
5028169           E-mail/Text: cio.bncmail@irs.gov Mar 06 2018 18:58:54     INTERNAL REVENUE SERVICE,
                   SPECIAL PROCEDURES BRANCH,   PO BOX 7346,   PHILADELPHIA, PA 19101-7346
5020442          +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 06 2018 19:00:33     LVNV Funding LLC,
                   P.O. Box 10497,   Greenville, SC 29603-0497
5020444           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 06 2018 18:58:59     PA Dept. of Revenue,
                   Bankruptcy Division,   Dept. 280946,   Harrisburg, PA 17128-0496
5028202          +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 06 2018 18:58:59
                   Pennsylvania Department of Revenue,   Bankruptcy Division PO BOX 280946,
                   Harrisburg, PA 17128-0946
5020448          +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 06 2018 19:00:18
                   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
                                                                                        TOTAL: 8
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5028168           ARLA JOHNSON, POA FOR JANE S. JOHNSON,   FOR THE JOHNSON FAMILY TRUST,   R.R. 3, RT 106,
                   9985 NORTHSIDE RD.,   SOUIS, NE CANADA COA2BO
5020445*         +Paul Hrywnak,   14 O'Hara Road,   Moscow, PA 18444-6351
                                                                    TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2018                          Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              James  Warmbrodt   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, in
              trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL2, Asset-Backed
              Certificates, Series 2005-WL2 bkgroup@kmllawgroup.com
              Tullio  DeLuca   on behalf of Debtor 1 Paul  Hrywnak tullio.deluca@verizon.net
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                      TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 5-18-00484 |
| PAUL HRYWNAK | : | |
| a/k/a Paul Hrywnak, Jr. | : | |
| Debtor | : | CHAPTER 13 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| PAUL HRYWNAK | : |
| a/k/a Paul Hrywnak, Jr. | : |
| Movant, | : |
| vs. | : |
| LANDMARK COMMUNITY BANK, PA | : |
| DEPT OF REVENUE, SETERUS | : |
| and CHARLES J DEHART, III, ESQ. | : |
| Respondents. | : |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Upon consideration of Debtor's Motion to Extend the Automatic Stay, it is hereby:

**ORDERED**, that the Debtor's Motion to Extend the Automatic Stay is hereby

**GRANTED**; and it is further

**ORDERED**, that the automatic stay imposed under 11 U.S.C. Section 362(a) shall

extend beyond the thirty days after the filing of said Petition against all creditors with respect to

property of the estate, and the Debtor(s) and Debtor(s) property; and it is further

**ORDERED**, that the Debtor(s) request for an Order confirming that the automatic stay

continues against property of the estate is granted.

Dated:   March 06, 2018                    By the Court,

_____

Robert N. Opel, II, Chief Bankruptcy Judge (DG)