# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

**Paul Hrywnak**

* Debtor(s)

Case Number: **18-00484**
Chapter: **13**

## CERTIFICATE OF MAILING

The undersigned employee in the office of:

Tullio DeLuca, Esquire

hereby certifies that a copy of the attached Notice and Motion to Suspend Temporarily Trustee Payments was mailed today to all parties named on the mailing list attached here to by regular first class mail.

DATED: April 6, 2018

SIGNED: *Tina Henley*

TITLE: __Secretary__

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*********************************************************************

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| PAUL HRYWNAK | : | CASE NO. 5-18-00484 |
| a/k/a Paul Hrywnak | | |

*********************************************************************

| | | |
|---|---|---|
| PAUL HRYWNAK | : | |
| MOVANT | : | |
| VS. | : | |
| CHARLES J. DEHART, III, ESQ. | : | |
| RESPONDENT | : | |

*********************************************************************

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**
*********************************************************************

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002-1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **April 30, 2018.** If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

DATE: April 9, 2018                                Clerk, U.S. Bankruptcy Court
                                                   197 South Main Street
Tullio DeLuca, Esquire                             Wilkes-Barre, PA 18701
PA ID# 59887
Attorney for Debtor/Movant
381 N. 9th Avenue
Scranton, PA 18504

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**************************************************************************

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| PAUL HRYWNAK | CASE NO. 5-18-00484 |
| a/k/a Paul Hrywnak | |

**************************************************************************

| | |
|---|---|
| PAUL HRYWNAK | |
| MOVANT | |
| VS. | |
| CHARLES J. DEHART, III, ESQ. | |
| RESPONDENT | |

**************************************************************************

## ORDER

**************************************************************************

After notice and service to creditors and parties in interest under FRBP 9013 and upon consideration of the Debtors' Motion to Suspend Temporarily Trustee Payments, it is hereby **ORDERED, ADJUDGED AND DECREED** by this Honorable Court that the Debtor's Motion to Suspend Temporarily Trustee Payments is granted and the Debtor is allowed to suspend payments to the Chapter 13 Trustee for a period of three (3) months for March 2018 through May 2018, due to medical illness and it is further ordered that if the Debtors situation improves prior to the three (3) month period, Debtor is ordered to commence making monthly payments to the Chapter 13 Trustee.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| PAUL HRYWNAK | : | CASE NO. 5-18-00484 |
| a/k/a Paul Hrywnak | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| PAUL HRYWNAK | : |
|       MOVANT | : |
|       VS. | : |
| CHARLES J. DEHART, III, ESQ. | : |
|       RESPONDENT | : |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **MOTION TO SUSPEND TEMPORARILY TRUSTEE PAYMENTS**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

AND NOW COMES, the Debtor, Paul Hrywnak, by and through his attorney, Tullio DeLuca, Esquire, and respectfully represents:

1. That the Debtor filed a Chapter 13 Petition on February 6, 2018.

2. That Debtor's Chapter 13 Plan provides for monthly payments of $327.00 to the Chapter 13 Trustee to pay attorney and Trustee fees, mortgage and unsecured creditors.

3. Debtor is currently being treated for medical condition to his foot and unable to work at this time.

4. Debtor is unable to make the Trustee payments until his immediate problem stabilizes and regains income to satisfy the Chapter 13 Plan.

5. In light of the above Debtor requests a Temporary Suspension of his Trustee payments for a period of three (3) months or earlier starting in the month of March 2018. If Debtor immediate problem stabilizes, Debtor will commence Trustee payments sooner.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order allowing for a suspension of Trustees monthly payment for a period of at least three (3) months and directing the Debtor to commence making monthly payments sooner if Debtor's immediate problem stabilizes.

Respectfully submitted,

Dated: 4/9/13

*Tullio deLuca*
Tullio DeLuca, Esquire
PA ID # 59887
381 N. 9th Avenue
Scranton, Pa 18504
(570) 347-7764
Attorney for Debtor

| | | |
|---|---|---|
| CAPIO PARTNERS<br>2222 TEXOMA PKWY STE. 150<br>SHERMAN, TX 75090-2481 | AT&T MOBILITY II LLC<br>ONE AT&T WAY, STE 3A104<br>BEDMINSTER, NJ 07921-2693 | ABILITY RECOVERY SVCS., LLC<br>PO BOX 4031<br>WYOMING, PA 18644-0031 |
| CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY, UT 84130-0285 | CREDIT FIRST NATIONAL ASSOC<br>PO BOX 81315<br>CLEVELAND, OH 44181-0315 | CREDIT ONE<br>PO BOX 98873<br>LAS VEGAS, NV 89193-8873 |
| CHARLES J DEHART III (TRUSTEE)<br>8125 ADAMS DRIVE STE A<br>HUMMELSTOWN, PA 17036-8625 | FIDELITY DEPOSIT & DISCOUNT BANK<br>338 N WASHINGTON AVE<br>SCRANTON, PA 18503-1554 | GEISINGER HEALTH SYSTEM<br>100 N. ACADEMY AVE<br>DANVILLE, PA 17822-0001 |
| GODINO S WEST MOUNTAIN STONE QUARRY<br>703 NEWTON RD<br>SCRANTON, PA 18504-1017 | INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES BRANCH<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | KAB CONSTRUCTION INC<br>1453 LEELAND DRIVE<br>KINGSPORT, TN 37660-1463 |
| KURLANCHEK FURNITURE<br>235 MUNDY STREET<br>WILKES-BARRE, PA 18702-6833 | LANDMARK COMMUNITY BANK<br>2 S MAIN STREET<br>PITTSTON, PA 18640-1850 | MIDNIGHT REALTY LLC<br>14 OHARA ROAD<br>SPRING BROOK TWP., PA 18444-6351 |
| MODERN GAS SALES<br>PO BOX 1<br>AVOCA, PA 18661-0001 | PPL ELECTRIC UTILITIES<br>827 HAUSMAN ROAD<br>ALLENTOWN, PA 18104-9392 | PENN CREDIT CORP<br>916 S 14TH STREET<br>HARRISBURG, PA 17108-0988 |
| PA DEPT. OF REVENUE<br>PO BOX 280946<br>HARRISBUG, PA 17128-0946 | RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | SANTARELLI & SONS OIL CO<br>443 N MAIN STREET<br>PECKVILLE, PA 18452-2409 |
| SETERUS<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 4128<br>BEAVERTON, OR 97076-4128 | USCB CORPORATION<br>101 HARRISON ST<br>ARCHBALD, PA 18403-1961 | UNITED CHECK CASHING<br>741 OAK ST<br>SCRANTON, PA 18508-1556 |
| UNITED STATES TRUSTEE<br>228 WALNUT ST. STE 1190<br>HARRISBURG, PA 17101-1722 | JAMES WARMBRODT<br>701 MARKET ST. STE 5000<br>PHILADELPHIA, PA 19106-1541 | ZUCKER, GOLDBERG & ACKERMAN<br>200 SHEFFIELD ST STE 101<br>MOUNTAINSIDE, NJ 07092-2315 |