```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                            Case No. 18-00484-RNO
Paul Hrywnak                                                      Chapter 13
        Debtor                        CERTIFICATE OF NOTICE
District/off: 0314-5          User: CGambini               Page 1 of 2              Date Rcvd: May 23, 2018
                              Form ID: ntcnfhrg            Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2018.
db             +Paul Hrywnak,    14 O'Hara Road,    Moscow, PA 18444-6351
cr             +Landmark Community Bank,    2 South Main Street,    Pittston, PA 18640-1850
5020433        +Capital One,   PO Box 30285,    Salt Lake City, UT 84130-0285
5020434         Credit First National Assoc.,    P.O. Box 81315,    Cleveland, OH 44181-0315
5049053         Deutsche Bank National Trust Company, as Trustee,,    P.O. Box 65250,
                 Salt Lake City UT 84165-0250
5020436        +Fidelity Deposit & Discount Bank,    338 N. Washington Ave.,    Scranton, PA 18503-1554
5020437        +Geisinger Health System,    100 North Academy Ave.,    Danville, PA 17822-0001
5020439        +KAB Construction, Inc.,    1453 Leeland Drive,    Kingsport, TN 37660-1463
5020440        +KURLANCHEK FURNITURE,    235 MUNDY STREET,    WILKES-BARRE TWP., PA 18702-6833
5028170        +LANDMARK COMMUNITY BANK,    2 S. MAIN ST.,    PITTSTON, PA 18640-1850
5020441        +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
5028171        +MIDNIGHT REALTY, LLC,    14 OHARA RD.,    SPRING BROOK TWP., PA 18444-6351
5020443        +Modern Gas Sales,    P.O. Box 1,    Avoca, PA 18661-0001
5020447         PPL Electric Utilities,    827 Hausman Rd.,    Allentown, PA 18104-9392
5020446         Penn Credit Corp.,    916 South 14th Street,    P.O. Box 988,    Harrisburg, PA 17108-0988
5020449        +Santarelli & Sons Oil Co.,    443 N. Main St.,    Peckville, PA 18452-2409
5020450        +Seterus,    Attn: Bankruptcy Dept.,    P.O. Box 4128,    Beaverton, OR 97076-4128
5020438       ++THERESA GURNARI,    GODINO S WEST MOUNTAIN STONE QUARRY,    703 NEWTON RD,
                 SCRANTON PA 18504-1017
                (address filed with court: Godino's West Mountain Stone Quarry,    840 Newton Rd.,
                 Scranton, PA 18504)
5020452       #+USCB Corporation,    101 Harrison St.,    Archbald, PA 18403-1961
5020451        +United Check Cashing,    741 Oak St.,    Scranton, PA 18508-1556
5028172       #+ZUCKER, GOLDBERG & ACKERMAN,    200 SHEFFIELD ST., SUITE 101,    MOUNTAINSIDE, NJ 07092-2315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5043634        +E-mail/Text: g20956@att.com May 23 2018 19:04:01     AT&T Mobility II LLC,    %AT&T SERVICES INC,
                 KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,    BEDMINSTER, NJ 07921-2693
5020431        +E-mail/Text: seinhorn@ars-llc.biz May 23 2018 19:04:07     Ability Recovery Svcs. LLC,
                 P.O. Box 4031,    Wyoming, PA 18644-0031
5020432        +E-mail/Text: bnc-capio@quantum3group.com May 23 2018 19:03:45     Capio Partners,
                 2222 Texoma Pkwy.,    Suite 150,    Sherman, TX 75090-2481
5020433        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 23 2018 19:02:02     Capital One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
5020435        +E-mail/PDF: creditonebknotifications@resurgent.com May 23 2018 19:02:08     CreditOne,
                 P.O. Box 98873,    Las Vegas, NV 89193-8873
5028169         E-mail/Text: cio.bncmail@irs.gov May 23 2018 19:03:34     INTERNAL REVENUE SERVICE,
                 SPECIAL PROCEDURES BRANCH,    PO BOX 7346,    PHILADELPHIA, PA 19101-7346
5020442        +E-mail/PDF: resurgentbknotifications@resurgent.com May 23 2018 19:02:22     LVNV Funding LLC,
                 P.O. Box 10497,    Greenville, SC 29603-0497
5048705         E-mail/PDF: resurgentbknotifications@resurgent.com May 23 2018 19:02:33
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5049014         E-mail/PDF: resurgentbknotifications@resurgent.com May 23 2018 19:02:21
                 LVNV Funding, LLC its successors and assigns as,    assignee of NCOP X, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5020444         E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 23 2018 19:03:42     PA Dept. of Revenue,
                 Bankruptcy Division,    Dept. 280946,    Harrisburg, PA 17128-0496
5028202        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 23 2018 19:03:42
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
5020448        +E-mail/PDF: resurgentbknotifications@resurgent.com May 23 2018 19:02:21
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                             TOTAL: 12

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5028168         ARLA JOHNSON, POA FOR JANE S. JOHNSON,    FOR THE JOHNSON FAMILY TRUST,   R.R. 3, RT 106,
                 9985 NORTHSIDE RD.,   SOUIS, NE CANADA COA2BO
5020445*       +Paul Hrywnak,    14 O'Hara Road,    Moscow, PA 18444-6351
                                                                                  TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2018 at the address(es) listed below:
```
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
           trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL2, Asset-Backed
           Certificates, Series 2005-WL2 bkgroup@kmllawgroup.com
          Joseph M. Campolieto    on behalf of Creditor    Landmark Community Bank jcamp@4palaw.com,
           G13449@notify.cincompass.com
          Tullio  DeLuca    on behalf of Debtor 1 Paul  Hrywnak tullio.deluca@verizon.net
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                           TOTAL: 5
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Paul Hrywnak
aka Paul Hrywnak Jr.
Debtor(s)

Chapter 13

Case No. 5:18−bk−00484−RNO

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **July 10, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: July 17, 2018<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CGambini, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 23, 2018 |