**TULLIO DeLUCA**
**ATTORNEY-AT-LAW**
381 N. 9ᵀᴴ STREET
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

June 8, 2018

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        In Re: Paul Hrywnak
        **Chapter 13 Bankruptcy**
        **Case No. 5-18-00484**

Dear Sir/Madam:

    I have received returned mail for **Modern Gas Sales,** a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: PO Box 1 Avoca, PA 18661-0001.Please be advised the correct information is as follows:


        MODERN GAS SALES
        R410 WEST MAIN ST
        NANTICOKE, PA 18634


I served the Original Chapter 13 Bankruptcy Case at the above address on (June 8, 2018). Please correct the mailing matrix.

    Thank you for assistance in this matter.

        Very truly yours,


        /s/ Tullio DeLuca, Esquire

TD/th