IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| PAUL HRYWNAK, | : CASE NO. 18-00484-RNO |
| DEBTOR | : |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : OBJECTION TO PLAN |
| MOVANT | : |
| V. | : |
| PAUL HRYWNAK, | : |
| RESPONDENT | : RELATED TO DOCKET NO. 48 |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT OF
REVENUE'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

I, Jim Peavler, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Chapter 13 Plan, on the parties at the below addresses, on July 11, 2018, by:

**18-00484-RNO Notice will be electronically mailed to:**

Jim Peavler at RA-occbankruptcy1@state.pa.us, RA-occbankruptcy6@state.pa.us

Office of the United States Trustee at ustpregion03.ha.ecf@usdoj.gov

Charles J. DeHart, III at TWecf@pamd13trustee.com, dehartsaff@pamd13trustee.com

D. Brian Simpson at USAPAM.Bankr-WilkesBarre@usdoj.gov, CaseView.ECF@usdoj.gov

Joseph M. Campolieto at jcamp@4palaw.com, G13449@notify.cincompass.com

Tullio DeLuca at tullio.del;uca@verizon.net

James Warmbrodt at bkgroup@kmllawgroup.com

**18-00484-RNO Notice will not be electronically mailed to:**

EXECUTED ON: July 11, 2018

                              Respectfully submitted by,

                    By:    /s/ Jim Peavler
                            Counsel
                            PA Department of Revenue
                            Office of Chief Counsel
                            Dept. 281061
                            Harrisburg, PA 17128-1061
                            PA I.D. 320663
                            Phone: 717-787-2747
                            Facsimile: 717-772-1459
                            jpeavler@pa.gov